IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY S. CLEGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv889-MHT |
| | ) | (WO) |
| MICHAEL B. BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss (doc. no. 7), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of January, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**